| 1. Person Reporting (last name, first, middle initial) Boylan, Arthur J. | 2. Court or Organization District Court of Minnesota | 3. Date of Report 05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full Time Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  Date  5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boylan, Arthur J. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/12-12/12 | MN State Retirement System - Judges Retirement Plan (no control) | $18,625.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/12-2/12 | MN State Teachers Retirement Association |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 07/30/12 - 07/31/12 | New York City, NY | Speaker at Conference | Lodging, food, transportation |
| 2. | Louisiana Association of Defense Counsel | 08/16/12 - 08/17/12 | New Orleans, LA | Speaker at Seminar | Lodging, food, transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boylan, Arthur J. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boylan, Arthur J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Affinity Plus Federal Credit Union | A | Interest | K | T | | | | | |
| 2. Prime Vest Money Market | A | Interest | J | T | | | | | |
| 3. American Funds: Growth Fund of America | A | Dividend | L | T | | | | | |
| 4. McDonalds Corp. Common Stock | A | Dividend | K | T | | | | | |
| 5. X-Cel Energy Common Stock | A | Dividend | J | T | | | | | |
| 6. CNA Financial Corporation Common Stock | A | Dividend | J | T | | | | | |
| 7. Ameriprise: River Source - Fixed Account | B | Interest | K | T | | | | | |
| 8. El Paso Corporation Common Stock, n/k/a Kinder Morgan Stock | A | Dividend | J | T | | | | | |
| 9. Associated Bank | A | Interest | J | T | | | | | |
| 10. Chipotle Mexican Grill | A | Dividend | J | T | | | | | |
| 11. A T & T Inc. NEW | B | Dividend | K | T | | | | | |
| 12. Altria Group Inc. | A | Dividend | J | T | | | | | |
| 13. Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 14. Comcast Corp. New CL A | A | Dividend | J | T | | | | | |
| 15. Exelon Corporation | A | Dividend | K | T | | | | | |
| 16. Halliburton CO HLDG CO | A | Dividend | J | T | | | | | |
| 17. Marathon Oil Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boylan, Arthur J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 19. Morgan Stanley | A | Dividend | J | T | | | | | |
| 20. Verizon Communications | A | Dividend | K | T | | | | | |
| 21. Vodafone Group New ADR F | A | Dividend | J | T | | | | | |
| 22. Waste Management Inc. DEL | A | Dividend | J | T | | | | | |
| 23. American Funds - The Income Fund of America | A | Dividend | J | T | | | | | |
| 24. Alcatel Lucent ADR | A | Dividend | J | T | | | | | |
| 25. Schwab Government Money Fund | A | Interest | J | T | | | | | |
| 26. Discover Financial Svcs | A | Dividend | J | T | | | | | |
| 27. Kraft Foods, Inc. n/k/a Mondelez International | A | Dividend | J | T | | | | | |
| 28. Vanguard Mutual Fund-Vanguard Institutional Index Funds Plus | A | Dividend | L | T | | | | | |
| 29. Philip Morris Int'l Inc. | A | Dividend | J | T | | | | | |
| 30. Target Corporation | A | Dividend | J | T | | | | | |
| 31. Frontier Communications | A | Dividend | J | T | | | | | |
| 32. Charles Schwab Bank | A | Interest | J | T | | | | | |
| 33. Vanguard Total Int'l Stock Index | A | Dividend | J | T | | | | | |
| 34. Marathon Petroleum Corporation | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boylan, Arthur J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kraft Foods Group | A | Dividend | J | T | Spinoff (from line 27) | 10/15/12 | J | | |
| 36. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boylan, Arthur J. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In October 2012, Kraft Foods, Inc., shown in my 2011 Report at Line 31, changed its name to Mondelez International, Inc. Mondelez International, Inc. is shown at Line 27 of this year's report. Shortly after the name change, its North America grocery business was spun-off to a new company called Kraft Foods Group. The Kraft Foods Group investment is show at Line 35 of this year's report.

In the report dated 5/15/2012, an investment listed at Line 39 of Part VII was misspelled. "Vanquart Total Insti Index Plus" should have been listed as follows: "Vanguard Total Int'l Stock Index." That correction in the spelling is reflected in this report at Line 33.

In May of 2012, El Paso Corporation Common Stock shown in my 2011 Report at Line 9, was purchased by Kinder Morgan Corporation for Kinder Morgan stock. Kinder Morgan Stock is now shown at Line 8 of this year's report.

Idearc Stock listed at Line 19 in my Report dated 5/15/12 does not appear on this Report. As part of Idearc's Chapter 11 Bankruptcy, holders of Idearc's common stock did not receive any distribution as part of the Corporation's bankruptcy plan and their equity interests were cancelled and have no value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Arthur J. Boylan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544